Dr. Derrick Norbert Morris
574 10th Street
Oakland, CA 94607
(415) 572-2934
thenewmartinlutheranmovement@gmail.com

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Dr. DERRICK N. MORRIS,
a former Substitute teacher
& Inventor,

             Plaintiff

vs.

Sheila Kuehl, Los Angeles Supervisor
Eric Garcetti, Los Angeles Mayor
Gavin Newsom, Governor
Dr. Anthony Fauci, Director
Donald Trump, President
Joe Biden, President Elect &
Does 1 through 75, inclusive,

             Defendants

Case No.: 2:20-CV-11508-JFW-JPRx

**COMPLAINT FOR PERMANENT INJUNCTIVE AND OTHER EQUITABLE RELIEFS**

    Plaintiff, an elderly former substitute teacher and inventor, for his complaint alleges:

1.    The shutdowns and responses to COVID-19 are effecting profound hardships and the violate Plaintiff's Civil, Constitutional rights and are Unconstitutional; violating the Commerce Clause. It should have been Congress considering the shutdowns. There is no balance of keeping

the country open while fighting the virus. Plaintiff, Dr. Derrick Norbert Morris, has a new mask system that will prevent the spread of the COVID-19 and a therapy that will eliminate the virus from the lungs of victims. He is being ignored because of his Race and Age, contrary to 42 U.S.C. 1981 (Section 1981)

2. The subsequent shutdown curtails his 1st Amendment Rights. He is unable to Worship in corporate settings. The 5th and 14th Amendments Rights to life and liberty are abrogated. The hospitals are overcrowded such that he cannot visit his doctor and has to wait for virtual visits. They are unable to conduct blood pressure test and other procedure. His liberty interests are denied. His Equal protection is affected in that services are permitted in business that are either too expensive or privileged. These Defendants together have violated Plaintiff's Civil and Constitutional Rights.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a).

4. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c).

## PLAINTIFF

5. Plaintiff is an elderly man who is profoundly impacted by the various rules the Defendants have enacted. First, he has tried repeatedly to inform them about his innovations that can combat the COVID-19 Pandemic. He believes they are ignoring his proposals because he is Black and Old in violation of 42 U.S.C. 1981 (Section 1981).

6. His strategy is more effective than the vaccine. The subsequent shutdowns have curtailed his ability to worship affecting his religion in violation of his 1st Amendment Rights. His 5th and 14th Amendment Rights to equal protection of the law are abrogated when rich persons can afford to attend high priced operations that he cannot afford to patronize. The Governors and Dr. Fauci have violated the Constitution in their affects on the economy when the Congress is authorized to effect both international and national markets.

## DEFENDANTS

7. Sheila Kuehl, is a Los Angeles Supervisor representing the Santa Monica region. She has recently declared a shutdown of the County.

8. Eric Garcetti, is the Los Angeles Mayor who resides in the Los Angeles County. He permits the shutdown of the City.

9. Gavin Newsom, is the Governor of California. He has been updating the shutdown of the various regions.

10. Dr. Anthony Fauci, is the Director of the National Institution Allergy and Infectious Diseases, located in Washington. He is the first person to recommend the shutdown.

11. Donald Trump is the President of the United States of America. He lives in Washington at the Whitehouse. He and Dr. Fauci initiated the original shutdown.

12. Joe Biden, is the President Elect. He has promised that when he becomes President next year, he will shut down the country based on the Scientists recommendation.

13. 75 Does are individuals who have caused the shutdown or other activities that affect Plaintiff. Their identity and acts are unknown at this time; upon subsequent information of their culpability, Plaintiff will amend his complaint to reveal their names and acts.

## VIOLATIONS

14. Pfizer and others have received large sums of money to develop a vaccine. Plaintiff has no access to such funding to demonstrate his products. He has difficulties locating persons to make his prototype. He demonstrated the mask for his preventative system and an individual has made a similar mask which is being used in Utah. Plaintiff has not revealed his machine to deliver fresh air to avoid the inspiration of surrounding air.

15. Plaintiff has developed a therapy to kill the virus in the body. This therapy is more effective than the vaccine. Hospitals are running out of space for patients. There is a therapy being used in hospital that requires 30 days of application and the patients are not guaranteed a successful session. Many are dying. His method can achieve the same results in hours or a day. Hence, about 30 persons will be treated instead of one by his method.

16. The violation of his civil and constitutional rights is continuing the viability of the virus, prompting more shutdowns of the economy which are causing him more harm.

17. Further, he has an illustrious education and had planned to return to teaching. He had held teaching certificates in the past and taught in Los Angeles, Alameda and Tulare Counties. He wants to return to teaching soon.

## COUNT I

18. Plaintiff's inability to access the marketplace because of his Age and Race violates the law. In this case these Defendants are violating 42 U.S.C. 1981 (Section 1981)

19. Consequently, Plaintiff business is being prevented from equal treatment because he is an old black man.

20. WHEREFORE Plaintiff demands compensation and the opportunity to compete to combat the virus.

## COUNT II

21. Pursuant to the 1st Amendment, Defendants owe Plaintiff the right to worship without their edicts. In this case these Defendants are violating his 1st Amendment

22. The subsequent shutdows, prevents him from worshiping in the regular fashion he needs. He cannot sing and must observe social distancing, when his mask system and therapy would eliminate the virus threat.

23. In this case they are violating his 1st Amendment Constitutional rights.

24. WHEREFORE Plaintiff demand these Defendants desist from their shutdown strategies which deny him his 1st Amendment Rights.

## COUNT III

25. The 5th & 14th Amendments give Plaintiff the right to life and liberty. The behavior of these Defendants virtually put his life in peril. The virus, the lack of access to health facilities and the shutdown of restaurants can virtually execute him; place him in a life and death struggle. His Liberty interests are also impacted.

26. Plaintiff had planned to return to work as a substitute teacher in California. The shutdown has eliminated the possibility of his return to teaching.

27. WHEREFORE, Plaintiff demands these Defendants desist for offending behaviors.

## COUNT IV

28. Pursuant to Article 1, Section 8, Clause 3 of the U.S. Constitution congress is authorized to make such major adjustments to the inter state trading. These shutdowns have affected commerce until they are on the verge of collapsing the economy.

29. WHEREFORE, Plaintiff asks this Honorable Court to declare the shutdowns unconstitutional.

## COURT'S POWER TO GRANT RELIEF

This Court has the power to grant relief in this case. With the law governing jurisdiction satisfied, any reasonable relief can be granted by this court.

## PRAYER FOR RELIEF

Wherefore, pursuant to 28 U.S.C. §§ 1331, 1337(a), 28 U.S.C. § 1391(b) and (c), and the Court's own equitable powers, request that the Court:

A. That Plaintiff be given financial support to demonstrate his COVID-19 termination strategies, $10,000,000

B. That his worship experience be not affected by any shutdown strategies,

C. That the economy be reopened to allow the satisfaction of various needs that support life and liberty and avoid the collapse of the economy.

D. Plaintiff demands a Jury Trial.

Submitted, 11th day of December 2020,

Respectfully submitted,

*Derrick Morris*

Dr. Derrick Norbert Morris, Plaintiff
AA,AA,BBA,BScTh,MBA,MCEd,PhD,BCS,DCEd.
574 10th Street
Oakland, CA 94607
thenewmartinlutheranmovement@gmail.com
(415) 572-2934


