Dr. Derrick Norbert Morris
574 10th Street
Oakland, CA 94607
(415) 572-2934
studenlawyer@yahoo.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Dr. DERRICK N. MORRIS**, a former Substitute teacher & Inventor,

Plaintiff,

v.

**SHEILA KUEHL**, in her official capacity as the Los Angeles County Supervisor, **ERIC GARCETTI,** in his official capacity as the Mayor of Los Angeles City, **GAVIN NEWSOM**, in his official capacity as the governor of California, **JOE BIDEN**, in his official capacity as the President of the United States and **DOES** 1 through 10, inclusive,

Defendants.

Case No.: 2:2020-cv-11508 VBF-PD

**SECOND AMENDED COMPLAINT FOR PERMANENT INJUNCTIVE AND OTHER EQUITABLE RELIEFS**

Plaintiff, an elderly former substitute teacher and inventor, for his complaint alleges:

1. The shutdowns and other responses to COVID-19 are effecting profound hardships on him. He is unable to compete in the marketplace in the search for solutions to this COVID-19 Pandemic. He is unable to worship his God as accustomed to and as recommended. His liberty to move around freely is curtailed by the various lockdown measure enacted by Defendants and Political Executives.

2. His few health ailments are being treated in an unreliable fashion. Albeit there is hope in the horizon because he believes his plan of action to end the lockdowns and eradicate the pandemic are practical, solid and reliable.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a).

4. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c).

5. Plaintiff and two Defendants reside in this district where the issue at bar occurs.

## PLAINTIFF

**6.** Plaintiff is an elderly man who is profoundly impacted by the official responses to the COVID-19 Pandemic.

## DEFENDANTS

7. Sheila Kuehl, is a Los Angeles Supervisor representing the Santa Monica region. She has recently declared a shutdown of the restaurants in the County.

8. Eric Garcetti, is the Los Angeles Mayor who resides in the Los Angeles County. He has ordered restaurants to shutdown in the City.

9. Gavin Newsom, is the Governor of California. He has been updating the shutdown of the various regions including Los Angeles County.

10. Joe Biden is the President of the United States of America. He lives in Washington at the Whitehouse. At least for ninety days he ordered the wearing of mask and has not opened the economy.

11. He had promised that when he becomes President, he will shut down the country based on the Scientists' recommendations. These scientists are

philosophers who know or should know that the shutdowns will expedite the collapse of America and the world.

12. The ten Does are individuals who have caused the shutdown or other activities that affect Plaintiff. Their identity and acts are unknown at this time; upon subsequent information of their culpability, Plaintiff will motion this Honorable Court to amend his complaint to reveal their names and acts.

## FACTUAL ALLEGATIONS IN CIVIL RIGHTS CLAIM

## AGAINST PRESIDENT BIDEN

13. Plaintiff had emailed President BIDEN informing him of his ability to end this pandemic with a therapy and an effective mask system to prevent the spread of the virus.

14. To date President BIDEN has not responded to Dr. Morris' offer to end the pandemic with his mask system and therapy. They have spent billions of dollars on Pfizer's ineffective vaccine. He wonders why his race should keep him out from solving the world's most pressing problem.

## AGAINST GOVERNOR NEWSOM

15. Plaintiff had emailed Governor NEWSOM informing him of his ability to end this pandemic with a therapy and an effective mask system to prevent the spread of the virus.

16. Plaintiff Dr. Morris is still hopeful that the Governor Newsom would respond and give him a chance to promote his special breathing apparatus to eliminate the spread of the virus. The therapy will kill the virus on contact and end the attack. Being Black is preventing him from being allowed to participate in ending this pandemic.

## AGAINST MAYOR GARCETTI

17. Plaintiff had emailed Mayor GARCETTI informing him of his ability to end this pandemic with a therapy and an effective mask system to prevent the spread of the virus.

18. Dr. Morris is hoping that Mayor GARCETTI would give him an opportunity to demonstrate his solutions to end this pandemic. Sadly, he is prevented from solving this pandemic because he is Black.

## AGAINST SUPERVISOR KUEHL

19. Plaintiff had emailed Supervisor KUEHL informing him of his ability to end this pandemic with a therapy and an effective mask system to prevent the spread of the virus.

20. Dr. Morris is still hopeful that Supervisor KUEHL will give him an opportunity to demonstrate his work to end this pandemic. Being Black is a barrier to even saving the lives of others.

## FACTUAL ALLEGATIONS IN 1st AMENDMENT CLAIM AGAINST PRESIDENT BIDEN

21. On or about January 23, 2021, President BIDEN issued an Executive Order detailing his COVID-19 Strategy. He outlined his plan by demanding masks be worn for 100 days. He failed to lift the shutdown restrictions.

22. In essence, his Order has not lifted the restrictions the shutdown is causing on Dr. Morris' religious experiences. He is unable to engage in his normal religious activities. He cannot sit close to other members. It requires almost intimate spacing. When masks are worn, he cannot sing, speak or hear what others say intelligently.

When he arrives late the church is close because it reached its maximum seating capacity established by the government.

**AGAINST GOVERNOR NEWSOM**

23. On or about March 24, 2020, Governor NEWSOM issued an emergency proclamation establishing his lockdown policies. It basically established a regime of mask wearing, social distancing and nonessential businesses controls.

24. In essence, his Order has not established the restrictions the shutdown is causing on Dr. Morris' religious experiences. He is unable to engage in his normal religious activities. He cannot sit close to other members. It requires almost intimate spacing. When masks are worn, he cannot sing, speak or hear what others say intelligently. When he arrives late the church is close because it reached its maximum seating capacity established by the government.

**AGAINST SUPERVISOR SHIELA KUEHL**

25. March 19, 2020 is when the Los Angeles County established the original shutdown. It typically in principle similar to the State of California. The Order that affected Dr. Morris is the one in December 2020.

26. In essence, his Order has not lifted the restrictions the shutdown is causing on Dr. Morris' religious experiences. He is unable to engage in his normal religious activities. He cannot sit close to other members. It requires almost intimate spacing. When masks are worn, he cannot sing, speak or hear what others say intelligently. When he arrives late the church is close because it reached its maximum seating capacity established by the government.

## AGAINST MAYOR GARCETTI

28. Sometime around March 19, 2020, Mayor GARCETTI pronounced his shutdown order. It is the order of December 2020 that affected Dr. Morris.

29. In essence, his Order has not lifted the restrictions the shutdown is causing on Dr. Morris' religious experiences. He is unable to engage in his normal religious activities. He cannot sit close to other members. It requires almost intimate spacing. When masks are worn, he cannot sing, speak or hear what others say intelligently. When he arrives late the church is close because it reached its maximum seating capacity established by the government.

## FACTUAL ALLEGATIONS IN 14TH AMENDMENT CLAIM AGAINST PRESIDENT BIDEN

30. Plaintiff Dr. Morris incorporates President BIDEN'S 1st Amendment narrative as if here more fully incorporated and further allege that the same Executive Order has other effects on his person as outlined below.

31. He is unable to contract as a consequent. He was excited about returning to teach school. As a paraplegic senior it is difficult to access the zoom and teach students online. The shutdown has contracted opportunities to work for private business.

32. Dr. Morris is an extravert who loves to travel and interact with people. He is unable to move around and interact freely because of stay in place order, the mask and social distancing. He is unable to earn enough money to finance his side activities of travel, restaurants and places of amusements.

33. Dr. Morris is an avid scholar who love studying. When the shutdown was established, he was enrolled in French, Voice and Sound in Media. He envisioned himself singing, visiting France and operating a Podcasting business.

**AGAINST GOVERNOR NEWSOM**

34. Plaintiff Dr. Morris incorporates Governor NEWSOM'S 1st Amendment narrative as if here more fully incorporated and further allege that the same Executive Order has other effects on his person as outlined below.

35. He is unable to contract as a consequent. He was excited about returning to teach school. As a paraplegic senior it is difficult to access the zoom and teach students online. The shutdown has contracted opportunities to work for private business.

36. Dr. Morris is an extravert who loves to travel and interact with people. He is unable to move around and interact freely because of stay in place order, the mask and social distancing. He is unable to earn enough money to finance his side activities of travel, restaurants and places of amusements.

37. Dr. Morris is an avid scholar who love studying. When the shutdown was established, he was enrolled in French, Voice and Sound in Media. He envisioned himself singing, visiting France and operating a Podcasting business.

**AGAINST SUPERVISOR SHIELA KUEHL**

38. Plaintiff Dr. Morris incorporates Supervisor KUEHL'S 1st Amendment narrative as if here more fully incorporated and further allege that the same Executive Order has other effects on his person as outlined below.

39. He is unable to contract as a consequent. He was excited about returning to teach school. As a paraplegic senior it is difficult to access the zoom and teach students online. The shutdown has contracted opportunities to work for private business.

40. Dr. Morris is an extravert who loves to travel and interact with people. He is unable to move around and interact freely because of stay in place order, the mask

and social distancing. He is unable to earn enough money to finance his side activities of travel, restaurants and places of amusements.

41. Dr. Morris is an avid scholar who love studying. When the shutdown was established, he was enrolled in French, Voice and Sound in Media. He envisioned himself singing, visiting France and operating a Podcasting business.

## AGAINST MAYOR GARCETTI

42 Plaintiff Dr. Morris incorporates Mayor GARCETTI'S 1st Amendment narrative as if here more fully incorporated and further allege that the same Executive Order has other effects on his person as outlined below.

43. He is unable to contract as a consequent. He was excited about returning to teach school. As a paraplegic senior it is difficult to access the zoom and teach students online. The shutdown has contracted opportunities to work for private business.

44. Dr. Morris is an extravert who loves to travel and interact with people. He is unable to move around and interact freely because of stay in place order, the mask and social distancing. He is unable to earn enough money to finance his side activities of travel, restaurants and places of amusements.

45. Dr. Morris is an avid scholar who love studying. When the shutdown was established, he was enrolled in French, Voice and Sound in Media. He envisioned himself singing, visiting France and operating a Podcasting business.

## COURT'S POWER TO GRANT RELIEF

44. This Court has the power to grant relief in this case. With the law governing jurisdiction satisfied, any reasonable relief can be granted by this court.

## PRAYER FOR RELIEF

Wherefore, pursuant to 28 U.S.C. §§ 1331, 1337(a), 28 U.S.C. § 1391(b) and (c), and the Court's own equitable powers, Plaintiff requests that the Court:

A. Grant a permanent injunction against lockdowns;

B. That Defendants establish a deposit of $10,000,000 tax free;

C. Upon a successful presentation of his therapy strategies and them being accepted, he earns the money;

D. Plaintiff demands a Jury Trial.

Submitted, 8th day of December 2020, Respectfully submitted,

____________________________

Dr. Derrick Norbert Morris, Plai

AA PreMed
AA Accounting
BBA Operations management
BScTh Theology
BBA Business management
MBA International economics
MCEd Christian education
PhD International relations
BCS Creation studies
DCEd Christian education
(AS) WIP Paralegal
(AS) WIP Computer science
(AA) WIP Communication studies

`

11
MEMORANDUM OF POINTS AND AUTHORITIES