UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. DERRICK N. MORRIS,<br><br>           Plaintiff,<br><br>   v.<br><br>SHEILA KUEHL, et al.,<br><br>           Defendants. | Case No. 2:20-cv-11508-VBF-PD<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint, the records on file herein, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Plaintiff's Third Amended Complaint and the action is dismissed with prejudice.

DATED: April 4, 2022                        /s/ Valerie Baker Fairbank

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE