JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DR. DERRICK N. MORRIS,

         Plaintiff,

    v.

SHEILA KUEHL, et al.,

         Defendants.

Case No. 2:20-cv-11508-VBF-PD

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Third Amended Complaint and entire action is dismissed with prejudice.

DATED:  April 4, 2022

        /s/ Valerie Baker Fairbank

        VALERIE BAKER FAIRBANK
        UNITED STATES DISTRICT JUDGE